IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| CSX TRANSPORTATION, INC. ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.13-1313 |
| ) | |
| SURFACE TRANSPORTATION BOARD ) | |
| and UNITED STATES OF AMERICA ) | |
| ) | |
| Respondents. ) | |

**STATEMENT OF INTENT TO UTILIZE DEFERRED JOINT APPENDIX**

Pursuant to Fed. R. App. P. 30(c) and Circuit Rule 30(c), Petitioner CSX Transportation, Inc.; Respondents Surface Transportation Board ("STB") and the United States Department of Justice; and Intervenor for Respondent Total Petrochemicals USA, Inc. have agreed to use a deferred joint appendix.

Respectfully submitted,

/s/  Paul Hemmersbaugh

| | |
|---|---|
| Peter J. Shudtz | G. Paul Moates |
| Paul R. Hitchcock | Paul A. Hemmersbaugh |
| John P. Patelli | Matthew J. Warren |
| CSX Transportation, Inc. | Sidley Austin LLP |
| 500 Water Street | 1501 K Street, N.W. |
| Jacksonville, FL  32202 | Washington, D.C.  20005 |
| | (202) 736-8000 |
| | (202) 736-8711 (Fax) |

*Counsel to Petitioner CSX Transportation, Inc.*

Dated:  January 27, 2014

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of January, 2014, I served a copy of the foregoing Statement of Intent to Utilize Deferred Appendix through the CM/ECF system on the following parties:

| | |
|---|---|
| Nickolai G. Levin<br>Robert B. Nicholson<br>U.S. Department of Justice<br>950 Pennsylvania Ave., NW<br>Room 3224<br>Washington, DC 20530 | James A. Read<br>Craig M. Keats<br>Theodore L. Hunt<br>Surface Transportation Board<br>Office of General Counsel<br>395 E Street, SW<br>Washington, DC 20423 |
| *Counsel for the United States of America* | *Counsel for the Surface Transportation Board* |
| | David Benz<br>Jeffrey Moreno<br>Thompson Hine LLP<br>1919 M Street, NW<br>Suite 700<br>Washington, DC 20036 |
| | *Counsel for Total Petrochemicals & Refining USA, Inc.* |

        /s/ Marc A. Korman
        Marc A. Korman